■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEHEMIAS VELA, Appellant. [644 NYS2d 902] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered May 18, 1994, convicting him of criminal possession of a controlled substance in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Bracken, J. P., Miller, Copertino and Krausman, JJ., concur.